IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No.  04-WM-2535 (BNB)

ROSE HORNE and
WILLIAM HORNE,

      Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,

      Defendant.

**ORDER ON MOTION FOR RECONSIDERATION**

Miller, J.

This matter is before me on defendant's motion for reconsideration of my January 10, 2005 order remanding this case to the District Court for Larimer County, Colorado.  Although the motion indicates that, at the time it was filed on January 14, 2005, the remand order and documents had not been mailed to Larimer County, the docket sheet in this case reflects that the documents were transmitted to Larimer County on January 13, 2005.  Thus, I do not retain jurisdiction to reconsider my order.

Accordingly, it is ordered that the motion for reconsideration, filed January 14, 2005, is denied.

DATED at Denver, Colorado, on September 8, 2005.

BY THE COURT:

/s/ Walker D. Miller
United States District Judge

PDF FINAL